FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
# CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Hector O Alvarado
aka Hector Ovidio Alvarado

**BANKRUPTCY NO.**  2:10–bk–11544–EC

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–4360
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 3/10/10

**Address:**
9423 Bartolo Ave
Pico Rivera, CA 90660

Based on debtor's request, IT IS ORDERED THAT:

(1)    debtor's bankruptcy case is dismissed; and
(2)    the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: March 10, 2010

BY THE COURT,
**Ellen Carroll**
United States Bankruptcy Judge